UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTOPHER BLEHM, | ) | Case No. LA CV 13-00423-VBF (KK) |
| Petitioner, | ) | ORDER |
| v. | ) | Overruling Petitioner's Objections; Adopting the Report & Recommendation; |
| G.J. JANDA, Warden, | ) | Denying the Habeas Corpus Petition; |
| Respondent. | ) | Dismissing the Action with Prejudice; |
| | ) | and Terminating the Action |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court overrules petitioner's objections and accepts the findings and recommendations of the Magistrate Judge. Therefore, **the Petition for a Writ of Habeas Corpus is DENIED. As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.**

**This action is dismissed with prejudice.**

DATED: January 12, 2015

*Valerie Baker Fairbank*

_____
Valerie Baker Fairbank
Senior United States District Judge