# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER BLEHM,<br><br>        Petitioner,<br><br>     v.<br><br>G.J. JANDA, Warden,<br><br>        Respondent. | Case No. LA CV 13-00423-VBF (KK)<br><br>JUDGMENT |

Pursuant to the contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Petition for Writ of Habeas Corpus, and Dismissing the Action with Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Kristopher Blehm.**

DATED: January 12, 2015

                                                  Valerie Baker Fairbank
                                        Senior United States District Judge