UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTOPHER BLEHM,** | Case No. LA CV 13-00423-VBF (KK) |
| Petitioner, | JUDGMENT - **CORRECTED** |
| v. | |
| G.J. JANDA, Warden, | |
| Respondent. | |

Pursuant to the contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Petition for Writ of Habeas Corpus, and Dismissing the Action with Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Kristopher Blehm.**

DATED: January 12, 2016[1]

                                                                       Valerie Baker Fairbank
                                                Senior United States District Judge

---

[1] With one exception, this final judgment is identical to the judgment that was filed as Document #48 and docketed on January 12, 2016. The instant document merely corrects the date from January 12, *2015* to January 12, *2016*.